LOUIS B. JACOBSON, Respondent, *v.* LUZON LUMBER Co., INC., et al., Appellants.

Submitted April 10, 1950; decided April 13, 1950.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements.   [See 300 N. Y. 697.]